1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                           OAKLAND DIVISION

6

7    DENNIS LAMONT MILLER,

8                    Petitioner,              No. C 11-0686 PJH (PR)

9       vs.                                   **ORDER GRANTING
                                              RESPONDENT'S MOTION TO**
10   PEOPLE OF THE STATE OF                    **DISMISS AND DENYING**
     CALIFORNIA,                              **CERTIFICATE OF**
11                                            **APPEALABILITY**
                     Respondent.
12   _____/

13          This is a habeas case brought pro se by a state prisoner under 28 U.S.C. § 2254.

14   Respondent has filed a motion to dismiss on grounds that the petition is barred by the

15   statute of limitations.  Petitioner has not opposed the motion.  For the reasons set out

16   below, the motion will be granted.

17                                    **DISCUSSION**

18          Respondent contends that this petition is barred by the statute of limitations.  The

19   statute of limitations is codified at 28 U.S.C. § 2244(d).  Petitions filed by prisoners

20   challenging non-capital state convictions or sentences must be filed within one year of the

21   latest of the date on which:  (A) the judgment became final after the conclusion of direct

22   review or the time passed for seeking direct review; (B) an impediment to filing an

23   application created by unconstitutional state action was removed, if such action prevented

24   petitioner from filing; (C) the constitutional right asserted was recognized by the Supreme

25   Court, if the right was newly recognized by the Supreme Court and made retroactive to

26   cases on collateral review; or (D) the factual predicate of the claim could have been

27   discovered through the exercise of due diligence.  28 U.S.C. § 2244(d)(1).  Time during

28   which a properly filed application for state post-conviction or other collateral review is

**United States District Court**
For the Northern District of California

1    pending is excluded from the one-year time limit.  *Id.* § 2244(d)(2).

2    Petitioner was sentenced in March of 2008.  He completed direct review on

3    December 8, 2009, when the time to petition the United States Supreme Court for certiorari

4    expired.  *See Bowen v. Roe*, 188 F.3d 1157, 1159 (9th Cir. 1999) ("Direct review" includes

5    the period within which a petitioner can file a petition for a writ of certiorari from the United

6    States Supreme Court, whether or not the petitioner actually files such a petition).  The time

7    for him to file his petition here thus expired on December 9, 2010.  *See Patterson v.*

8    *Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001) (adopting "anniversary method;"  absent any

9    tolling, the expiration date of the limitation period will be the same date as the triggering

10   event but in the following year).  He did not file until January 28, 2011, however, applying

11   the "prison mailbox rule".  The petition therefore is untimely.

12                                  **CONCLUSION**

13   Respondent's motion to dismiss (document number 8 on the docket) is **GRANTED**.

14   The petition is **DISMISSED**.  Because there is no dispute about the dates involved and,

15   based on those dates, the petition clearly was untimely, a certificate of appealability

16   ("COA") is **DENIED**.  *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

17   Petitioner is advised that he may not appeal the denial of a COA, but he may ask the court

18   of appeals to issue a COA under Rule 22 of the Federal Rules of Appellate Procedure.

19   The clerk shall close the file.

20         **IT IS SO ORDERED.**

21   Dated:  July 23, 2012.            _____

22                                     PHYLLIS J. HAMILTON
                                       United States District Judge

23

24

25

26

27

28   G:\PRO-SE\PJH\HC.11\Miller0686.dsm-sl.wpd

                                         2